**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAN 1 0 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

THE UNITED STATES OF AMERICA,      )
                                   )
            Plaintiff,             )
                                   )
      v.                           )      CAUSE NO.
                                   )
SHAMIYA HUNT,                      )      1 : 2 3 -cr- 0 0 0 4 TWP -MJD
                                   )
            Defendant.             )

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 2113(a)
Bank Robbery

On or about October 25, 2022, within the Southern District of Indiana, SHAMIYA

HUNT, a defendant herein, did by force and violence or by intimidation, take from the person

and presence of another approximately $750.00 of United States currency belonging to or in the

care of, custody, control, management, and possession of a bank, to wit: Regions Bank located at

1250 E. 86th Street, Indianapolis, Indiana, the deposits of which were then insured by the

Federal Deposit Insurance Corporation;

All of which is a violation of Title 18, United States Code, Section 2113(a).

### COUNT 2
18 U.S.C. § 2113(a)
Attempted Bank Robbery

On or about October 25, 2022, within the Southern District of Indiana, SHAMIYA

HUNT, a defendant herein, did by force and violence or by intimidation, attempt to take from the

person and presence of another United States currency belonging to or in the care of, custody,

1

control, management, and possession of a bank, to wit: Chase Bank located at 2302 Cunningham

Road, Indianapolis, Indiana, the deposits of which were then insured by the Federal Deposit

Insurance Corporation;

All of which is a violation of Title 18, United States Code, Section 2113(a)

## FORFEITURE

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby

gives the defendant notice that the United States will seek forfeiture of property, criminally

and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461(c), as part of any sentence imposed.

2.      The United States shall be entitled to forfeiture of substitute property pursuant to,

and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property

described above in paragraph 1, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

ZACHARY A. MYERS
United States Attorney

By: _____

Jeremy Fugate
Assistant United States Attorney
mpb

2